IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA SCRUGGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　Defendant. | 1:07cv1270 OWW DLB<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

　　Plaintiff Roma Scruggs filed the instant action for review of the denial of Social Security benefits on August 31, 2007.

　　On March 5, 2008, Defendant filed a motion to dismiss the action. Pursuant to the Scheduling Order dated September 4, 2007, Plaintiff's opposition was due within fourteen days of service of the motion. More than fourteen days have passed and Plaintiff has not filed an opposition or a statement of non-opposition.

　　Plaintiff is required to respond to Defendant's motion within **fifteen (15) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If Plaintiff fails to do so, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

　　IT IS SO ORDERED.

　　Dated:　April 28, 2008　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1